**Order filed August 28, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00468-CV
_____

## IN THE INTEREST OF K.A.P., A CHILD

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2015-57994**

## ORDER

According to information provided to this court, appellant may be attempting to appeal a non-appealable order. Our records reflect that appellant is attempting to appeal the denial of a Motion to Vacate for Want of Jurisdiction.

The clerk's record has not been filed in this appeal. The District Clerk has informed this court that appellant did not pay for preparation of the clerk's record. In response to notices from this court, appellant filed a Statement of Inability to Afford Payment of Costs.

Appellant is deemed indigent for purposes of the appellate filing fee only. *See* Tex. R. App. P. 20.1. Texas Rule of Civil Procedure 145 provides a procedure for a

party's claim that the party is unable to afford costs for preparation of the appellate record. In order to obtain the clerk's record and reporter's record without payment of costs a party must file a Statement of Inability to Afford Payment of Court Costs in the trial court.

To determine our jurisdiction over this appeal, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **September 12, 2018.** The **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal.

PER CURIAM